

# THE THIRTEENTH COURT OF APPEALS

## 13-10-00325-CV

Union Carbide Corporation and GST Settlement Facility
v.
Oscar Torres and Dora Torres

On Appeal from the
107th District Court of Cameron County, Texas
Trial Cause No. 2009-06-3742-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the portion of the judgment against GST Settlement Facility REVERSED and RENDERS judgment that the appellees Oscar Torres and Dora Torres take nothing on their claims against GST Settlement Facility. We affirm the remainder of the judgment. Costs of the appeal are adjudged 50% against appellant Union Carbide Corporation and 50% against appellees, Oscar Torres and Dora Torres.

We further order this decision certified below for observance.

December 19, 2019